UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUNG HOAN TRAN,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN, et al.,<br>Respondents. | Case No. 5:26-cv-05528-SSC<br><br>JUDGMENT |

Pursuant to the Order filed concurrently herewith, **IT IS ADJUDGED** that the petition under 28 U.S.C. § 2241 is granted and that Petitioner **Hung Hoan Tran (A# 025-346-175)** is to be immediately released from immigration custody under conditions of supervision found to be appropriate by the decisionmaker, and that at the time of Petitioner's release, Respondents must return to Petitioner any government-issued identification that is in Petitioner's true name which was confiscated at the time of his arrest.

DATED: September 30, 2026

HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE